## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Raymond J. Foster<br>Robin D. Foster<br>410 Vienna Circle<br>PO Box 1764<br>Fort Valley, GA  31030 | **CHAPTER 13**<br><br><br>**Case Number:** 12-53007-AEC<br><br><br>**ATTORNEY:**  LAURENS C. LEE |

### TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $224.29 in unclaimed funds on behalf of the above-referenced debtors. The last known address for the creditor is as follows:

VERIZON WIRELESS
BANKRUPTCY ADMINISTRATION
500 TECHNOLOGY DR STE 550
WELDON SPRING, MO 63304


**DATED:** March 10, 2016

                                                  /s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**